United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13180-jkf
Barbara A Mantini-Fergone                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore         Page 1 of 1              Date Rcvd: Sep 30, 2019
                             Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db        Barbara A Mantini-Fergone,   1016 Andrews Avenue,   Collingdale, PA   19023-4004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 01 2019 04:01:48     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2019 04:01:28
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 01 2019 04:01:44    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Barbara A Mantini-Fergone CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barbara A. Mantini-Fergone | |
| Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK | |
| Movant | |
| vs. | NO. 19-13180 JKF |
| Barbara A. Mantini-Fergone | |
| Debtor(s) | |
| Scott Waterman | |
| Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 28th day of September, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1016 Andrews Avenue, Collingdale, PA 19023 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement~~

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

Barbara A. Mantini-Fergone
1016 Andrews Avenue
Collingdale, PA 19023-4004

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532