```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                                Case No. 19-13180-jkf
Barbara A Mantini-Fergone                                             Chapter 13
      Debtor                        CERTIFICATE OF NOTICE

District/off: 0313-2           User: JEGilmore              Page 1 of 2                  Date Rcvd: Oct 31, 2019
                               Form ID: pdf900              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db             Barbara A Mantini-Fergone,    1016 Andrews Avenue,    Collingdale, PA 19023-4004
14325707      +Amsher Collection Svcs,    4524 Southlake Pkwy Ste,   Hoover, AL 35244-3270
14325708       Aqua America,   713 Tower Lane,    West Chester, PA 19380
14325709      +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14325710      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14325713      +First Federal Credit C,    24700 Chagrin Blvd,   Cleveland, OH 44122-5662
14343196      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                c/o National Bankruptcy Services, LLC,    P.O. Box 9013,   Addison, Texas 75001-9013
14325714      +KML Law Group,   Suite 6000 BNY Mellon Ind. Center,    701 Market Street,
                Philadelphia, PA 19106-1538
14361968      +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14338187      +Midfirst Bank,   c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14325716      +Midland Mortgage/MidFirst Bank,    Pob 268959,   Oklahoma City, OK 73126-8959
14325719      +PECO Bankruptcy Collections,    2301 Market Street, N3-1,   Philadelphia, PA 19103-1338
14345916      +PREMIER ORTHOPAEDIC SURGICAL ORTHOPEDIC ASSOCIATES,    1121 SITUS COURT,   STE 200,
                RALEIGH, NC 27606-4275
14325721      +RCN,   PO Box 11816,   Newark, NJ 07101-8116
14346269      +Raymour & Flanigan,    Simon's Agency Inc,   PO Box 5026,   Syracuse, NY 13220-5026
14347103       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI 53708-8973
14325723      +Us Dept Of Ed/glelsi,   Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Nov 01 2019 03:15:11      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2019 03:14:41
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2019 03:15:03      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14332098       E-mail/Text: mrdiscen@discover.com Nov 01 2019 03:14:24      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14325711      +E-mail/Text: mrdiscen@discover.com Nov 01 2019 03:14:24      Discover Fin Svcs Llc,   Pob 15316,
                Wilmington, DE 19850-5316
14325712      +E-mail/Text: bknotice@ercbpo.com Nov 01 2019 03:14:56      Enhanced Recovery Co L,
                Po Box 57547,   Jacksonville, FL 32241-7547
14325715      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2019 03:14:53      Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14349864      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2019 03:14:53      Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
14348498      +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 01 2019 03:15:37      NAVY FEDERAL CREDIT UNION,
                PO BOX 3000,   MERRIFIELD,VA 22119-3000
14325718      +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 01 2019 03:15:37      Navy Federal Cr Union,
                Po Box 3700,   Merrifield, VA 22119-3700
14325717      +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 01 2019 03:15:37      Navy Federal Cr Union,
                820 Follin Lane Se,   Vienna, VA 22180-4907
14361899       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 03:16:31
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14325720      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 03:16:31
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
14325722      +E-mail/Text: clientservices@simonsagency.com Nov 01 2019 03:15:29      Simons Agency Inc,
                4963 Wintersweet Dr,   Liverpool, NY 13088-2176
14331163      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2019 03:16:36      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14343526*     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                c/o National Bankruptcy Services, LLC,    P.O. Box 9013,   Addison, Texas 75001-9013
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Oct 31, 2019
                              Form ID: pdf900          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
          JOSEPH L QUINN    on behalf of Debtor Barbara A Mantini-Fergone CourtNotices@rqplaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　BARBARA A MANTINI-FERGONE<br><br>　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-13180-JKF |

ORDER DISMISSING CHAPTER 13 CASE

　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 30, 2019**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE